Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

JACKSONVILLE Division

Benito A. Santiago
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Captian Fisher
Sergeant Jackson
Lieutenant Burns
Lieutenant Levai

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:22cv484-MMH-MCR
(to be filled in by the Clerk's Office)

Union Correctional Institution
APR 27 2022
Received for mailing by C. W.

FILED 2022 APR 29 PM 1:33 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Benito A. Santiago
   All other names by which you have been known: N/A
   ID Number: M83000
   Current Institution: Union Correctional Institution
   Address: P.O. Box 1000
   Raiford, FL 32083-1000

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Fisher
   Job or Title: Captain
   Shield Number: N/A
   Employer: Florida Department of Correction
   Address: 25636 N.E. SR-16
   Raiford, FL 32083
   ☑ Individual capacity   ☑ Official capacity

   Defendant No. 2
   Name: Jackson
   Job or Title: Sergeant
   Shield Number: N/A
   Employer: Florida Department of Correction
   Address: 25636 N.E. SR-16
   Raiford, FL 32083
   ☑ Individual capacity   ☑ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Burns
Job or Title (if known): Lieutenant
Shield Number: N/A
Employer: Florida Department of Corrections
Address: 25636 N.E. SR-16
Raiford, FL 32083
City / State / Zip Code
☑ Individual capacity  ☑ Official capacity

Defendant No. 4
Name: Levai
Job or Title (if known): Lieutenant
Shield Number: N/A
Employer: Florida Department of Corrections
Address: 25636 N.E. SR-16
Raiford, FL 32083
City / State / Zip Code
☑ Individual capacity  ☑ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)
☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Excessive Force Violation Eighth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See Attached"

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Union Correctional Institution  U-Dorm  Cell - U 3113L

Attachment page 4 of 11 Basis for Jurisdiction II. D

Defendant #1 Captian Fisher: Refuse to let Plaintiff comply and submit to hand restraints ordering and watching the extraction team enter Plaintiff cell (u3113L) and use excessive force that cause Bodly harm two fractured tooth and one chip to one of the fractured tooth

Defendant #2 Sergeant Jackson: Afther 3RD Application of chemical agents Sgt. Jackson refuse to let Plaintiff comply to hand restraints afther Plaintiff was willing to comply and did everything that was ask of Plaintiff to comply sgt. Jackson was not allowing Plaintiff to submit to hand restraints. entering Plaintiff cell (u3113L) with the extraction. when plaintiff was on the ground sgt. Jackson struck Plaintiff with a close fist stricking Plaintiff in the mouth Two times then Picking his head up and slaming Plaintiff face to the ground causing a chip to a tooth and fracturing two of Plaintiff teeth

Defendant #3 Lieutenant Burns: Afther the first Application of Chemical agents. I the plaintiff was refused the chance to comply and submit to hand restraints afther plaintiff stated he was willing to comply a second Application was used as a form of punishment. Afther the Second Application. plaintiff. stated and was willing to comply and submit to hand restraints to exit cell (u3113L) plaintiff was still refuse the chance to comply and a 3RD Application of chemical agents was used on plaintiff By Defendant Burns using excessive force

LEGAL MAIL

Defendant #4 Lieutenant Levai: Afther the first Application of Chemical Agents Defendant Lt. Levai Refuse to let Plaintiff comply afther Plaintiff was willing to comply to submit to hand restraints to exit the cell (U3113L) Ordering Defendant Burns to use a Second Application of chemical agents as a form of punishment. Plaintiff once agin stated and followed all orders to comply afther the Second Application of chemical agents. Defendant still refused to let Plaintiff comply Using A 3RD Application of chemical agents as a form of punishment. Defendant Levai along with defendant Fisher and Jackson. refuse to let Plaintiff to comply and submit to hand restraints afther Plaintiff followed all orders given by Defendants. Defendant Levai and Defendant Fisher ordered Sgt. Jackson and the extraction team to enter Plaintiff cell (U3113L) using excessive force that cause injuries Two fractured teeth and a chip to one of the fractured tooth

LEGAL MAIL

C. What date and approximate time did the events giving rise to your claim(s) occur?

Between approximately 10:40p.m on 12/7/2021 and 12/8/2021 1a.m

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached"

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(2) two fractured teeth and a chip to one of the fractured tooth

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$200,000 punitive damages
$200,000 for actual damages for each defendant

Attachment page 5 of 11 Statement of Claim IV. D

Defendant #1 Captian Fisher: Refuse to let Plaintiff comply and submit to hand restraints ordering and watching the extraction team enter Plaintiff cell (U3113L) and use excessive force that cause Bodly harm two fractured tooth and one chip to one of the fractured tooth

Defendant #2 Sergeant Jackson: Afther 3rd Application of chemical agents Sgt. Jackson refuse to let Plaintiff comply, to hand restraints afther Plaintiff was willing to comply and did everything that was ask of Plaintiff to comply sgt. Jackson was not allowing Plaintiff to submit to hand restraints. entering Plaintiff cell (U3113L) with the extraction. when plaintiff was on the ground sgt. Jackson struck Plaintiff with a close fist stricking Plaintiff in the mouth Two times then Picking his head up and slaming Plaintiff face to the ground causing a chip to a tooth and fracturing two of Plaintiff teeth

Defendant #3 Lieutenant Burns: Afther the first Application of Chemical agents. I the plaintiff was refused the chance to comply and submit to hand restraints afther plaintiff stated he was willing to comply a second Application was used as a form of punishment. Afther the Second Application plaintiff, stated and was willing to comply and submit to hand restraints to exit cell (U3113L) plaintiff was still refuse the chance to comply and a 3rd Application of chemical agents was used on plaintiff By Defendant Burns using excessive force

LEGAL MAIL

Defendant #4 Lieutenant Levai: Afther the first Application of Chemical Agents Defendant Lt. Levai Refuse to let Plaintiff comply afther Plaintiff was willing to comply, to submit to hand restraints to exit the cell (U3113L) Ordering Defendant Burns to use a Second Application of chemical agents as a form of punishment. Plaintiff once agin stated and followed all orders to comply afther the Second Application of chemical agents. Defendant still refused to let Plaintiff comply using A 3RD Application of chemical agents as a form of punishment. Defendant Levai along with defendant Fisher and Jackson, refuse to let Plaintiff to comply and submit to hand restraints afther Plaintiff followed all orders given by Defendants. Defendant Levai and Defendant Fisher ordered Sgt. Jackson and the extraction team to enter Plaintiff cell (U3113L) using excessive force that cause injuries Two fractured teeth and a chip to one of the fractured tooth

LEGAL MAIL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Union Correctional Institution_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_excessive use of force_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? N/A

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Security, Institution level,
Warden, Union C.I Institution level,
Secretary, Florida Department of Corrections

2. What did you claim in your grievance?

excessive use of force

3. What was the result, if any?

Denied at all three levels of the grievances process

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Informal grievance at institutional level,
Formal grievance at the Institutional level,
Appeal to Secretary, Florida Department of Correction

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Informal grievance log# 213-2112-0156
Warden Formal grievance Institution level log#2112-213-095
Appeal Secretary, Florida Department of Corrections log #22-6-01736

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending? N/A

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Benito A. Santiago
   Defendant(s) Captain Stephen Gahrmann, et. al.,

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Middle District of Florida, Fort Myers, Florida

3. Docket or index number
   Case No. 2:20-cv-00938-SPC-MRM

4. Name of Judge assigned to your case
   SHERI POLSTER CHAPPEL

5. Approximate date of filing lawsuit
   December 20, 2020

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition    April 4, 2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Settlement

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/27/22

Signature of Plaintiff: Benito A. Santiago
Printed Name of Plaintiff: Benito A. Santiago
Prison Identification #: M83000
Prison Address: P.O. Box 1000
Raiford, FL 32803

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address