United States District Court
Middle District of Florida
Jacksonville Division

RECEIVED FOR MAILING

JUN 2 0 2023

BY UNION CORRECTIONAL

Benito A. Santiago,
Plaintiff,
V.
Captain Fisher, Et. AL,
Defendants.

Case No. 3:22-cv-484-MMH-MCR

FILED
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF
JACKSONVILLE FLORIDA

## Pleading

Asking the court to set trial date. Counsel for defendant since his notice of Appearance has not followed the case management and scheduling order to progress the litigation, these dadelines apply At the latest by June 20, 2023 file any dispositive motion, including a motion raising qualified immunity. Counsl has not filed for an extension of time. So the court should set trial dates to progress the litigation. Counsel for defendants dont wish to discuss settlement talk and take a realistic assessment of the merits of the claims and defenses plaintiff is seeking a jury trial.

Respectfully submitted,
Benito A. Santiago
Pro'se Plaintiff
Benito A. Santiago
Pro'se Plaintiff
Union C.I
P.O. Box 1000
Raiford, FL. 32083

LEGAL PAPER
(1)

## Certificate of Service

I hereby Certify that a true copy of the foregoing has been furnished by U.S Mail to: the Clerk of Court Office, 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202 and defendant Counsel Decan Duffy, Esq. Assistant Attorney General, Office of the Attorney General, PL-01 The Capitol, Tallahassee, Florida 32399-1050 On 6/20/23

*Benito Santiago*
Benito Santiago
Pro'se Plaintiff

## Certificate of Conferral

Pursuant to 3.01(g) of this court's Local Rules. Plaintiff Have wrote letters to defendants counsel. Defendants counsel didn't respond to plaintiff letters

*Benito Santiago*
Benito Santiago
Pro'se Plaintiff

LEGAL PAPER
(2)